IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GRAYLIN GRAY,<br><br>            Petitioner,<br><br>vs.<br><br>SCOTT R. FRAKES, and TODD WASMER,<br><br>            Respondents. | 8:19CV490<br><br>**MEMORANDUM AND ORDER** |

      Petitioner filed a Petition for Writ of Habeas Corpus (filing no. 1) and a Motion for Leave to Proceed in Forma Pauperis (filing no. 2). Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this court (*see* inmate trust account statement at filing no. 3), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. *See* 28 U.S.C. § 1915(a)(1).

      IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis (filing no. 2) is granted. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

      Dated this 14th day of November, 2019.

                                                      BY THE COURT:

                                                      s/ *Richard G. Kopf*
                                                      Senior United States District Judge